# Court of Appeals
# of the State of Georgia

ATLANTA, __March 27, 2014__

*The Court of Appeals hereby passes the following order:*

**A13A2342. A13A2192. Ocmulgee EMC, et al. v. McDuffie and vice versa.**

Upon review of these related cases, and upon finding that the trial court's remand is proper, we DISMISS the appeals as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/27/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*